FILED

MAY 27 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>Plaintiff, </br></br>v. </br></br>RYAN A. COMBS, </br></br>Defendant. | ) </br> ) </br> ) </br> ) </br> ) No. **4:20CR00253 RWS/NCC** </br> ) </br> ) </br> ) </br> ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 29, 2010, in Saint Louis City, within the Eastern District of Missouri,

**RYAN A. COMBS,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about February 29, 2020, in Saint Louis City, within the Eastern District of Missouri,

**RYAN A. COMBS,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about February 29, 2020, in Saint Louis City, within the Eastern District of Missouri,

### RYAN A. COMBS,

the Defendant herein, did knowingly possess a firearm in furtherance of one or more drug trafficking crimes which may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, a Schedule I controlled substance, as charged in Count One, and Possession with intent to distribute cocaine base ("crack"), a Schedule II controlled substance, as charged in Count Two.

In violation of Title 18, United States Code, Section 924(c).

## COUNT FOUR

The Grand Jury further charges that:

On or about February 29, 2020, in Saint Louis City, within the Eastern District of Missouri,

### RYAN A. COMBS,

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DONALD S. BOYCE, #6282562IL
Assistant United States Attorney